# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>PEDRO MORENO-GONZALEZ(1),<br><br>                Defendant. | CASE NO. 11cr5916-H<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in case 12CR0367-H against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Indictment/Information:

     8:1326(a) and (b)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 2/8/2012

                                               *Barbara L. Major* (signature)
                                               Barbara L. Major
                                               U.S. Magistrate Judge